IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRIGATE ENTERPRISES, LLC | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TRINITY LAND AND MINERALS, LP, CASTLE ENERGY SERVICES, LLC, JOSEPH P. DEWOODY, MICHAEL P. DEWOODY, and RYAN M. HAGGERTY | § § § § § § | Civil Action No. 3:17-cv-01289-S |
| Defendants. | § § § | |
| TRINITY LAND AND MINERALS, LP, CASTLE ENERGY SERVICES, LLC, JOSEPH P. DEWOODY, MICHAEL P. DEWOODY, and RYAN M. HAGGERTY | § § § § § § | |
| Third-Party Plaintiffs, | § § | |
| v. | § § | |
| BRIAN MITTS, JEAN PAUL SEVILLA, HIGHLAND CAPITAL MANAGEMENT, LP, V.W. HUTSON, LINDA HUTSON, RONALD BOUDREAUX, MAT MINERAL AND ROYALTY, LLC, SCOTT ELLINGTON, STRAND ADVISORS, INC., AND LE CIRQUE HOLDINGS, LLC | § § § § § § § § § § | |
| Third-Party Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the *Agreed Motion to Dismiss with Prejudice* filed by Plaintiff/Counter-Defendant Frigate Enterprises, LLC ("Plaintiff/Counter-Defendant"), Defendants/Third-Party Plaintiffs Trinity Land and Minerals, LP, Castle Energy Services, LLC, Joseph P. DeWoody,

Michael P. DeWoody, and Ryan M. Haggerty (collectively, the "Defendants/Third-Party Plaintiffs"), and Third-Party Defendants Brian Mitts, Jean Paul Sevilla, Highland Capital Management, LP, Scott Ellington, Strand Advisors, Inc., Le Cirque Holdings, LLC, V.W. Hutson, Linda Hutson, Mat Mineral and Royalty, LLC, and Ronald Boudreaux (collectively, "Third-Party Defendants") (together, the "Parties"). Upon review of the record and the pleadings on file with the Court, the Court hereby **grants** the Agreed Motion to Dismiss with Prejudice.

It is therefore **ordered** that all claims asserted by Plaintiff/Counter-Defendant Frigate Enterprises, LLC against Defendants/Third-Party Plaintiffs Trinity Land and Minerals, LP, Castle Energy Services, LLC, Joseph P. DeWoody, Michael P. DeWoody, and Ryan M. Haggerty are hereby **dismissed with prejudice**.

It is further **ordered** that all claims asserted by Defendants/Third-Party Plaintiffs Trinity Land and Minerals, LP, Castle Energy Services, LLC, Joseph P. DeWoody, Michael P. DeWoody, and Ryan M. Haggerty against Plaintiff/Counter-Defendant Frigate Enterprises, LLC and Third-Party Defendants Brian Mitts, Jean Paul Sevilla, Highland Capital Management, LP, Scott Ellington, Strand Advisors, Inc., Le Cirque Holdings, LLC, V.W. Hutson, Linda Hutson, Mat Mineral and Royalty, LLC, and Ronald Boudreaux are hereby **dismissed with prejudice.**

All costs, expenses, and attorneys' fees in this action are hereby **assessed** against the party incurring same. This is a Final Order. It disposes of all parties and all claims.

**IT IS SO ORDERED.**

SIGNED this 25th day of July, 2018.

_____
Honorable Karen Gren Scholer
United States District Judge

**AGREED:**

/s/ Jonathan R. Childers
Michael K. Hurst
State Bar No. 10316310
mhurst@lynnllp.com
Jonathan R. Childers
State Bar No. 24050411
jchilders@lynnllp.com
John S. Adams
State Bar No.
jadams@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**ATTORNEYS FOR PLAINTIFF AND THIRD-PARTY DEFENDANTS MITTS, SEVILLA, HIGHLAND, ELLINGTON, STRAND ADVISORS, AND LE CIRQUE**

/s/ Michael V. Fitzpatrick
James E. Key
State Bar No. 24012958
jkey@hfblaw.com
Michael V. Fitzpatrick
State Bar No. 24036568
mfitzpatrick@hfblaw.com
Caroline M. Cyrier
State Bar No. 24097558
ccyrier@hfblaw.com
Michael K. Reer
State Bar No. 24088281
mreer@hfblaw.com
**HARRIS, FINLEY & BOGLE, P.C.**
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Telephone: (817) 870-8700
Facsimile: (817) 332-6121

**ATTORNEYS FOR DEFENDANTS AND THIRD-PARTY PLAINTIFFS**

/s/ William Knowlton
William Knowlton
State Bar No. 11627500
knowltonfirm@gmail.com
**KNOWLTON FIRM**
P.O. Box 607
Henrietta, Texas 76365
Telephone: (940) 538-6677
Facsimile: (877) 775-2644

**ATTORNEY FOR THIRD-PARTY DEFENDANTS V.W. HUTSON AND LINDA HUTSON**

/s/ Andrew R. Graben
Andrew R. Graben
Texas Bar No. 24045964
agraben@HilgersGraben.com
**HILGERS GRABEN PLLC**
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Telephone: (214) 842-6828
Facsimile: (402) 413-1880

**ATTORNEY FOR THIRD-PARTY DEFENDANTS BOUDREAUX and MAT MINERAL AND ROYALTY, LLC**